UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC S. WRIGHT, an Individual, and GLADYS E. WRIGHT, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION As Trustee for Wells Fargo Asset Securities Corporation, Mortgage asset Backed Pass-Through Certificates Series 2009-AR7; PACIFIC COAST HOME MORTGAGE, L.L.C., a corporate entity; WELLS FARGO BANK N.A., a corporate entity; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, a corporate entity; and DOES 1 - 10, Inclusive,<br>Defendants. | Case No. CV 09-7863-DMG (OPx)<br><br>JUDGMENT |

On December 3, 2010, this Court issued an order granting (1) the motion filed by Defendant First American Loanstar Trustee Services to dismiss Plaintiff's second amended complaint without leave to amend and (2) the motion filed by Defendants HSBC Bank USA, National Association; Pacific Coast Home Mortgage, LLC; and Wells Fargo Home Mortgage, LLC, a Division of Wells Fargo Bank, to dismiss Plaintiff's second amended complaint without leave to amend.  [Doc. # 87.]

Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs Eric S.

1 | Wright and Gladys E. Wright shall have and recover nothing by way of their
2 | complaint herein.  This action is dismissed.
3 |
4 | Dated:    January 31, 2011
5 |
6 |                                                                  _____
                                                                          DOLLY M. GEE
                                                                     United States District Judge